IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN KREMPASKY,** | : | CIVIL ACTION NO. 3:19-CV-1116 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA GAMING CONTROL BOARD,** | : | |
| | : | |
| Defendant | : | |

### ORDER

AND NOW, this 27th day of December, 2021, upon consideration of the motion (Doc. 24) for summary judgment by defendant Pennsylvania Gaming Control Board ("PGCB"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The PGCB's motion (Doc. 24) for summary judgment is GRANTED as to plaintiff Christian Krempasky's claim pursuant to the Age Discrimination in Employment Act.

2. The court declines to exercise supplemental jurisdiction over the remaining state-law claim, see 28 U.S.C. § 1367(c)(3), which is accordingly DISMISSED without prejudice.

3. The Clerk of Court is DIRECTED to enter judgment in favor of the PGCB and against Krempasky as set forth in the court's memorandum.

4. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania